IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00002-WDM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRYSANTH G. GRUENANGERL,

       Defendant.

---

**ORDER FOR ISSUANCE OF SUBPOENAS IN FORMA PAUPERIS**

---

This matter having come before the Court on Defendant's Motion for Issuance of Subpoenas in Forma Pauperis and the Court having reviewed said Motion, the Court file and being made fully apprised in the premises,

IT IS THEREFORE ORDERED THAT Defendant's Motion be granted and that the clerk of court issue subpoenas for trial commencing on August 28, 2006 at 8:30 a.m., for the appearance of the witnesses named as follows:

1. Dan Connor
   P.O. Box 7673
   Mammoth, CA
   Phone: 760-934-2215

2. Randy Woolwine, Vice President
   Doppelmayr Ctec, Inc.
   6452 Fig Street, Unit B
   Arvada, CO
   Phone: 303-277-9476 (work) or 303-898-4758 (cell)

1

3. Ester McLeod
   502 Hiah Mesa Drive
   Alto, NM
   Phone: 505-336-2607

4. Richard Carlson
   U.S. Forest Service
   Mecham Drive
   Ruidoso, NM

IT IS FURTHER ORDERED that the U.S. Marshal make service of said subpoenas on these witnesses without the prepayment of fees and that the witness fees, mileage and subsistence of said witness be paid by the U.S. Marshal and taxed as costs in favor of the United States.

DATED at Denver, Colorado this __21__ day of August, 2006.

BY THE COURT:

_____
Judge, United States District Court

2