IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00002-WDM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

CHRYSANTH G. GRUENANGERL,

 Defendant.

_____

**MOTION PURSUANT TO 18 U.S.C. § 4247(c)(4)(E)
FOR PSYCHOLOGICAL EVALUATION OF THE DEFENDANT**
_____

 The Defendant, Chrysanth G. Gruenangerl, by and through counsel, Scott Poland of Poland and Wheeler, P.C., and pursuant to 18 U.S.C. § 4247(c)(4)(E) moves for an Order to have Mr. Gruenangerl evaluated by a psychiatrist and as grounds thereof states as follows:

 1. 18 U.S.C. § 4247(c)(4)(E) provides:

  c. <u>Psychiatric or Psychological Reports</u>. A psychiatric or psychological report ordered pursuant to this chapter shall be prepared by the examinator designated to conduct the psychiatric or psychological examination, shall be filed with the court with copies provided to the counsel for the person examined and to the attorney for the government, and shall include . . .

  E. If the examination is ordered as part of the presentence investigation, any recommendation the examiner may have as to how the mental condition of the defendant should effect the sentence .

1

2. Based upon a copy of a memorandum received from U.S. Probation Officer Veronica Ramirez dated December 7, 2006 and reviewed by counsel on December 8, 2006, the defense believes that Mr. Gruenangerl's mental condition is an issue in this case and that it would be beneficial for the Court to have the results of a thorough psychological evaluation. In Ms. Ramirez's December 7 report, she states "This officer spoke with Dr. Standridge this morning and asked if he believed there was anything, other than that indicated in his report, important for the Court's consideration. Dr. Standridge indicated he believes the defendant would benefit from further forensic and psychiatric evaluation."

3. Based upon this statement by Dr. Standridge, the defense believes it is appropriate to ask the Court to order further psychiatric evaluations of Mr. Gruenangerl to determine how the Defendant's medical condition could effect the sentence to be imposed by the Court. Respectfully submitted this 8th day of December, 2006.

s/ Scott Poland
Poland and Wheeler, P.C.
215 South Wadsworth Blvd., #500
Lakewood, Colorado 80226
Telephone: (303) 969-8300
Fax: (303) 986-4857
E-Mail: scottpoland@qwest.net

ATTORNEY FOR DEFENDANT
CHRYSANTH G. GRUENANGERL

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2006, I electronically filed the foregoing Motion Pursuant to 18 U.S.C. § 4247 for Psychological Evaluation of the Defendant with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Thomas M. O'Rourke
U.S. Attorney's Office
Thomas.O'Rourke@usdoj.gov

                                            _s/ LuAnn Weisman_____
                                            LuAnn Weisman, Legal Secretary
                                            Poland and Wheeler, P.C.
                                            215 South Wadsworth Blvd., #500
                                            Lakewood, Colorado 80226
                                            Telephone: (303) 969-8300
                                            Fax: (303) 986-4857
                                            E-Mail: luannweisman@qwest.net