IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 06-cr-00002-WDM

UNITED STATES OF AMERICA,

v.

CHRYSANTH GRUENGERL,

    Defendant.

_____

ORDER

_____

    Defendant Chrysanth Gruengerl has filed **pro se** on October 17, 2008, a "Petition for Writ of Habeas Corpus . . ." (Doc. no. 178.)  Although Defendant lists the criminal case number for this action in the caption of the habeas corpus petition filed on October 17, the name of the court in the caption of the habeas corpus petition is the United States District Court for the Western District of Texas.  In fact, the same habeas corpus petition was filed in the United States District Court for the Western District of Texas on October 16, 2008, along with a motion for leave to proceed in forma pauperis and an attached "Affidavit and Memorandum of Law" that is referenced in the habeas corpus petition.  **See Chrysanth v. Miller**, No. 4:08-cv-00034-RAJ (W.D. Tex. filed Oct. 16, 2008).

    The "Petition for Writ of Habeas Corpus . . ." will be denied because it appears that the petition was not intended to be filed in this Court.  In addition, even if Defendant did intend to file the petition in this Court, the petition must be denied because whatever claims Defendant seeks to raise are not clear.  Defendant refers to an attached

"Affidavit and Memorandum of Law" that apparently explains his claims but there is no

"Affidavit and Memorandum of Law" attached to the petition filed in this action.

Accordingly, it is ordered that:

The "Petition for Writ of Habeas Corpus . . ." (doc. no. 178) filed on October 17,

2008, is denied.

DATED at Denver, Colorado, this <u>23rd</u> day of <u>October</u>, 2008.

BY THE COURT:

s/ Walker D. Miller

_____

WALKER D. MILLER
United States District Judge